No. 76–5248. MARTINEZ *v.* BUCYRUS-ERIE CO. ET AL. Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question.

No. 75–1628. THELKELD ET AL. *v.* ROBBINSDALE FEDERATION OF TEACHERS, LOCAL 872, ET AL. Appeal from Sup. Ct. Minn. Judgment vacated and case remanded for further consideration in light of Chapter 102 of 1976 Session Laws of Minnesota. *Fusari* v. *Steinberg,* 419 U. S. 379 (1975); *Diffenderfer* v. *Central Baptist Church,* 404 U. S. 412 (1972).